**MEMO ENDORSED.**

## GOTTLIEB & ASSOCIATES PLLC
### ATTORNEYS

150 E. 18 St., Suite PHR, New York, NY 10003
212 228-9795    www.gottlieblaw.net

December 15, 2025

**VIA ECF**

The Honorable Ona T. Wang
United States Magistrate Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:    *Murphy v. Complete Clothing Acquisition, LLC*
       Case No.: 1:25-cv-8768

Dear Judge Wang,

The undersigned represents James Murphy, on behalf of himself and all other persons similarly situated ("Plaintiff") in the above referenced matter against Defendant, Complete Clothing Acquisition, LLC, ("Defendant"). The undersigned respectfully requests that the Initial Conference scheduled for December 18, 2025, at 4:30 PM (Dkt. 7) be adjourned for 60 days because the Defendant is still in the process of being served and their counsel has not yet answered or appeared in this action. This request will grant ample time for service to be effectuated and for the Defendant to appear and discuss a possible resolution with Plaintiff's Counsel. This is the Plaintiff's first request for an extension.

Respectfully submitted,

GOTTLIEB & ASSOCIATES PLLC

The Conference scheduled for December 18 is **ADJOURNED to January 27, 2026 at 4:30 PM.**

*/s/Michael A. LaBollita, Esq.*
Michael A. LaBollita, Esq.

Please call Chambers at 2128050260 when all counsel are on the line.

**SO ORDERED.**

_____
Ona T. Wang                December 16, 2025
U.S.M.J.